IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSH WYNIA,<br><br>               Plaintiff,<br><br>vs.<br><br>SPF ENERGY, INC. and FARSTAD OIL, INC.,<br><br>               Defendants. | CV 16-173-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT PRELIMINARY PRETRIAL CONFERENCE** |

Defendants have filed an unopposed motion for counsel to appear by telephone at the Preliminary Pretrial Conference. (Doc. 34.) That motion being unopposed,

IT IS ORDERED that Defendant's motion is **GRANTED**. Defendants' attorney Jillian Kornblatt may appear by telephone at the January 30, 2018, Preliminary Pretrial Conference. Counsel shall follow the below steps to participate in the Conference:

    1.     Dial 1-877-848-7030
    2.     Enter Access Code 5492555
    3.     Press #
    4.     State your name at the tone.

//

//

DATED this 16th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge