IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSH WYNIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPF ENERGY, INC. and FARSTAD OIL, INC.,<br><br>　　　　　　Defendants. | CV 16-173-BLG-SPW-TJC<br><br>**ORDER** |

　　　　Defendants SPF Energy, Inc. and Farstad Oil, Inc. (collectively, "Defendants") move for the admission of Erin E. Conti to practice before this Court in this case with Stephen D. Bell to act as local counsel. (Doc. 42.) Ms. Conti's application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Ms. Conti *pro hac vice* is **GRANTED** on the condition that Ms. Conti shall do her own work. This means Ms. Conti must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Conti, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 26th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge