IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| JOSH WYNIA,<br><br>               Plaintiff,<br><br>vs.<br><br>SPF ENERGY, INC. & FARSTAD OIL, INC.,<br><br>               Defendants. | CV 16-173-BLG-SPW<br><br><br>ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 51) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE** and without costs to any of the parties to this action.

IT IS FURTHER ORDERED that all deadlines are VACATED and all pending motions are DENIED as moot.

DATED this 29th day of August, 2018.

                                      *Susan P. Watters*
                                      SUSAN P. WATTERS
                                      U. S. DISTRICT JUDGE